# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:17CR148** |
| vs. | |
| DAVID HAYEK, | **ORDER** |
| Defendant. | |

Before the Court is non-party Linda Levi's Request for Transcript (Filing No. 61) of the sentencing hearing held on January 19, 2018.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 61) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Linda Levi at 307 Crestridge Trail, Nicholasville, Kentucky, 40356.
3. Court reporter Susan DeVetter is directed to advise Ms. Levi of the cost to obtain the transcript. Ms. Levi will be responsible for that transcript cost.

Dated this 22nd day of August 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge